BART M. DAVIS
UNITED STATES ATTORNEY
**JAMES P. SCHAEFER**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
800 E. PARK BLVD., SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
EMAIL: james.schaefer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PASCALE L. SNODGRASS,<br><br>Plaintiffs,<br><br>v.<br><br>SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC. and TRINITY HEALTH CORPORATION,<br><br>Defendants. | Case No. 1:16-CV-00490-DVB<br><br>**UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT**<br><br>**UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its election to intervene in this action against defendants Saint Alphonsus Regional Medical Center, Inc. and Trinity Health Corporation for settlement purposes.

The parties have reached a global settlement in this action. Pursuant to the settlement agreement, the parties anticipate filing a Joint Stipulation of Dismissal no later than December 8,

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT-1**

2017.  The parties request that all documents in this case remain under seal until the Joint Stipulation of Dismissal is filed.

The parties request that when the Joint Stipulation of Dismissal is filed only the Complaint, the United States' Notice of Election to Intervene for Purposes of Settlement, the Joint Stipulation of Dismissal, and the Court's order on the Joint Stipulation of Dismissal be unsealed.  All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, memoranda, and supporting documents) should remain under seal and not be made public.

DATED this 8th day of November 2017.

                                    BART M. DAVIS
                                  UNITED STATES ATTORNEY
                                  By:


                                  /s/ James P. Schaefer
                                  JAMES P. SCHAEFER
                                  Assistant United States Attorney

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT-2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 8, 2017, the foregoing **UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

N/A

And, I hereby certify that the following listed participants were served by United States Mail:

C. Tom Arkoosh
Arkoosh Law Offices, PLLC
802 West Bannock St., Suite 900
Boise, ID 83702
*Attorney for Plaintiff/Relator*

Skip Sperry
Sperry Law Office, PLLC
802 West Bannock St., Suite 900
Boise, ID 83702
*Attorney for Plaintiff/Relator*

Robert G. Homchick
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
*Attorney for Defendants*

/s/ Jessica Black
Jessica Black
Legal Assistant

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR PURPOSES OF SETTLEMENT-3**