BART M. DAVIS
UNITED STATES ATTORNEY
**JAMES P. SCHAEFER**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
800 E. PARK BLVD., SUITE 600
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
EMAIL: james.schaefer@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PASCALE L. SNODGRASS,<br><br>Plaintiffs,<br><br>v.<br><br>SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC. and TRINITY HEALTH CORPORATION,<br><br>Defendants. | Case No. 1:16-cv-00490-DVB<br><br>**JOINT STIPULATION OF DISMISSAL** |

The United States, Relator Pascale L. Snodgrass, and Defendants Saint Alphonsus Regional Medical Center, Inc. and Trinity Health Corporation hereby seek dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  This action is being dismissed: (a) subject to the terms of the parties' settlement; (b) with prejudice as to the Covered Conduct defined in the settlement agreement; (c) with prejudice as to Relator's retaliation claim; and (d) without prejudice as to any other claims.

**JOINT STIPULATION OF DISMISSAL -1**

The parties request that only the Complaint, the United States' Notice of Election to Intervene for Purposes of Settlement, this Joint Stipulation of Dismissal, and the accompanying Order be unsealed.

All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, memoranda, and supporting documents) should remain under seal and not be made public.

Except as provided in the settlement agreement, each party agrees to bear its own costs and attorney fees.

A proposed order accompanies this notice.

DATED this 27th day of November 2017.

BART M. DAVIS
UNITED STATES ATTORNEY
By:


/s/ James P. Schaefer
JAMES P. SCHAEFER
Assistant United States Attorney


/s/ Skip Sperry
SKIP SPERRY
Sperry Law Office PLLC
Counsel for Relator Pascale Snodgrass


/s/ Robert Homchick
ROBERT HOMCHICK
Davis Wright Tremaine LLP
Counsel for Defendants

**JOINT STIPULATION OF DISMISSAL -2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 27th, 2017, the foregoing **JOINT STIPULATION OF DISMISS** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

N/A

And, I hereby certify that the following listed participants were served by United States Mail:

C. Tom Arkoosh
Arkoosh Law Offices, PLLC
802 West Bannock St., Suite 900
Boise, ID 83702
*Attorney for Plaintiff/Relator*

Skip Sperry
Sperry Law Office, PLLC
802 West Bannock St., Suite 900
Boise, ID 83702
*Attorney for Plaintiff/Relator*

Robert Homchick
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
*Attorney for Defendants*

/s/ Jessica Black
Jessica Black
Legal Assistant

**JOINT STIPULATION OF DISMISSAL -3**