UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. PASCALE L. SNODGRASS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SAINT ALPHONSUS REGIONAL MEDICAL CENTER, INC. and TRINITY HEALTH CORPORATION,<br><br>　　　　　Defendants. | Case No. 1:16-cv-00490-DVB |

## ORDER ON DISMISSAL AND UNSEALING

The Court has considered both the United States' Notice of Intervention for Purposes of Settlement and the United States, Relator Pascale L. Snodgrass, and Defendants Saint Alphonsus Regional Medical Center, Inc. and Trinity Health Corporation's Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  The Court orders as follows:

ORDERED that this action is dismissed: (a) with prejudice as to the Covered Conduct defined in the settlement agreement; (b) with prejudice as to Relator's retaliation claim; and (c) without prejudice as to any other claims.

ORDERED that the following documents in this action are unsealed:  the Complaint, the United States' Notice of Election to Intervene for Purposes of Settlement; the parties' Joint Stipulation of Dismissal; and this Order on Dismissal and Unsealing.

ORDERED that all other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day

ORDER-1

investigative period or for any other reason, memoranda, and supporting documents) shall remain under seal and shall not be made public.

ORDERED that, except as provided in the settlement agreement, each party shall bear its own costs and attorney fees.

ORDERED the seal in this action is lifted as to all matters occurring after the date of this Order.

SO ORDERED.  November 28th, 2017.

Judge Dee Benson

United States District Judge

Submitted By:

BART M. DAVIS
UNITED STATES ATTORNEY
By:

/s/ James P. Schaefer
JAMES P. SCHAEFER
Assistant United States Attorney

ORDER-2